THE STATE OF KANSAS *ex rel. Fred S. Jackson, as Attorney-general, Appellant*, v. FRANK L. HARPER, *Appellee*.

No. 16,970.

HEADNOTE BY THE REPORTER.

PRACTICE, SUPREME COURT—*Record—Right to a Jury Trial.* Whether the plaintiff was entitled to a jury trial could not be determined on review because the record did not show any request for one.

Appeal from Greenwood district court. Opinion filed March 11, 1911. Affirmed.

*John S. Dawson*, attorney-general, *S. F. Wicker*, county attorney, and *Howard J. Hodgson*, for the appellant; *I. F. Benest*, and *Gordon L. Badger*, of counsel.

*O. C. Zwicker*, for the appellee.

*Per Curiam:* The judgment in this case must be affirmed for these reasons: The question whether the plaintiff was entitled to a jury trial can not be determined because the record does not show any request for one. The case having been heard by the court, any admission of incompetent evidence was not reversible error, if there was competent evidence sufficient to sustain the judgment, and we find that to be the case.